In the Matter of the Accounting of IDA MEYER et al., as Executors of and Trustees under the Will of ISAIAS MEYER, Deceased, Respondents.

SOPHIE STARK et al., Appellants; IDA MEYER et al., as Committees of LINDA MEYER, an Incompetent Person, Appellants and Respondents.

*Matter of Meyer,* 95 App. Div. 443, affirmed.
(Argued April 17, 1905; decided May 2, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1904, which modified and affirmed as modified a decree of the New York County Surrogate's Court settling the accounts of the executors and trustees herein and directing distribution of the trust fund.

*William N. Cohen, Mayer L. Halff* and *Rastus S. Ransom* for Sophie Stark, appellant.

*Albert Stickney* and *Albert Stickney, Jr.,* for Aubrey E. Meyer, appellant.

*Herbert Parsons* for Estate of Linda Meyer, an Incompetent, appellant and respondent.

*Ferdinand R. Minrath* for respondents.

Order affirmed, with costs, on opinion below.

Concur: GRAY, O'BRIEN, HAIGHT, VANN and WERNER, JJ., and BARTLETT, J., on the ground that the executors and trustees were justified in executing the McGill agreement and continuing that business; but is unable to concur that the charges of interest against the four beneficiaries under the will, as made by the referee and adopted by the surrogate, were proper. Dissenting: CULLEN, Ch. J.